# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 21, 2021

### Notice of RESCHEDULED Oral Argument
### at 9:00 a.m. (Eastern Time) on Thursday, December 9, 2021

Mr. Daniel Lawrence Berger
Grant & Eisenhofer
485 Lexington Avenue, 29th Floor
New York, NY 10017

Mr. Mitchell Reed Kreindler
Kreindler & Associates
7676 Hillmont Street, Suite 240A
Houston, TX 77040

Mr. David W. Garrison
Barrett, Johnston, Martin & Garrison
414 Union Street, Suite 900
Nashville, TN 37219

Mr. Patrick J. O'Connell
Law Office
5926 Balcones Drive, Suite 220
Austin, TX 78731

Mr. Michael L. Waldman
Robbins, Russell, Englert, Orseck & Untereiner
2000 K Street, N.W., Fourth Floor
Washington, DC 20006

Re: Nos. 20-5460 / 5462 / 5463 / 5469 / 5637,
*USA ex rel., Kathleen Bryant, et al v. Community Health Systems, Inc, et al*

Dear Counsel,

Your cases have been **rescheduled** for oral argument at **9:00 a.m. (Eastern Time) on Thursday, December 9, 2021** before a three-judge panel of the Sixth Circuit Court of Appeals in Cincinnati, Ohio.  The time allotted for oral argument remains limited to 30 minutes to be shared by the Plaintiffs and 30 minutes for the Defendants. You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on www.ca6.uscourts.gov two weeks prior to argument.

Only attorneys who plan on presenting oral argument are required to file the *Oral Argument Acknowledgment form*.  Please download this form from the website and file it by **November 4, 2021**. If you have already filed this form, please **re-file** due to the change in the argument date.

On the day of oral argument, report to the Clerk's Office, Room 540 in the Potter Stewart U.S. Courthouse, located at the corner of Fifth and Walnut Streets in Cincinnati by **8:30 a.m. (Eastern Time)**.  Court will convene at 9:00 a.m.  Once you enter the courthouse, you must use the elevators on the Main Street (east) side to access the Clerk's Office on the fifth floor.

If you had previously requested oral argument but now wish to waive it, a motion to that effect should be filed with the court as soon as possible.

The panel may conclude, at a later date, that argument is not necessary. If that should occur, you will be notified immediately that argument is cancelled, and the case will be submitted on the briefs of the parties and the record. This possibility should be taken into account when making your travel arrangements, particularly in deciding whether to purchase refundable or non-refundable tickets for air travel.

An attorney who has been appointed under the Criminal Justice Act should make travel arrangements directly with National Travel, tel. (800) 445-0668. The Clerk's office has provided National Travel with the required Travel Authorization which pays for CJA travel the day before and day of oral argument. If you are a CJA appointed attorney and choose to make alternative arrangements, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

Continuances of oral argument will be granted only in exceptional circumstances, upon the motion of counsel. Counsel is strongly discouraged from seeking continuances and, where such a request is to be made, the motion should be filed as soon as possible. **The filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.**

    Sincerely yours,

    s/Lance A. Gifford
    Calendar Deputy

cc:  Mr. Seth M. Hyatt
    Mr. James G. Munisteri
    Mr. William M. Outhier
    Ms. Jennifer M. Verkamp
    Mr. Mark H. Wildasin